**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

| UNITED STATES OF AMERICA, | Case No: 22-40092-HLT |
| --- | --- |
| | AUSA: Sara Walton |
| Plaintiff, | Defendant: Tom Bartee, AFPD |
| v. | |
| ANDREW JOSEPH GREEVE, | |
| Defendant. | |

| JUDGE: | Judge Rachel E. Schwartz | DATE: | December 15, 2022 |
| --- | --- | --- | --- |
| DEPUTY CLERK: | Dorothy Kliem | TAPE/REPORTER: | FTR Network @ 2:08 p.m. |
| INTERPRETER: | _____ | PROBATION: | Mitchell Shivers |

## PROCEEDINGS

☒ **Initial Appearance** – 5 min.  ☐ Initial Revocation Hearing – min.  ☐ Bond Hearing – min.
☒ **Arraignment** – 10 min.  ☐ Initial Rule 5(c)(3) – min.  ☐ Bond Revocation Hearing – min.
☐ Detention Hearing – min.  ☐ Preliminary Hearing – min.  ☐ In-Court Hearing – min.

☐ Defendant sworn   ☒ **Examined re: financial status**   ☒ **Counsel appointed**

☒ **Charges and penalties explained to defendant**   ☒ **Advised of Due Process Protections Act**
☒ **Constitutional Rights Explained**   ☒ **Felony**   ☐ Misdemeanor

☒ **Waived Reading**   ☐ Read to Defendant:   ☐ Indictment   ☐ Information   ☐ Complaint
☒ **Number of Counts:   8**   ☐ Guilty   ☒ **Not Guilty**   ☐ Indictment Unsealed

☐ Bond Revoked   ☐ Continued on present conditions   ☐ Release Order executed   ☒ **Remanded to Custody**

☒ **Oral motion by Government for detention of defendant.**
☐ Detention ordered – Oral motion GRANTED.
☒ **Oral motion by Defendant to continue Detention Hearing. The court grants the continuance.**

☒ **Case Management Order will be issued by Magistrate Judge Schwartz.**

☒ **Status Conference: January 10, 2023 at 9:00 a.m. before Judge Teeter in Topeka Courtroom 403.**

☒ **Defendant's next appearance: Detention Hearing on December 19, 2022 at 1:30 p.m. before Judge Schwartz in Topeka Courtroom 404.**

**OTHER:** Defendant appears in person, in custody and the court appoints Tom Bartee. Government moves for detention. Defendant requests a continuance of the hearing. The court grants the continuance. Defendant is remanded to the custody of the U.S. Marshal Service.