**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No: 22-40092-HLT |
| | AUSA: Sara Walton |
| Plaintiff, | Defendant: Tom Bartee, AFPD |
| v. | |
| **ANDREW JOSEPH GREEVE,** | |
| Defendant. | |

| JUDGE: | Judge Rachel E. Schwartz | DATE: | December 19, 2022 |
|---|---|---|---|
| DEPUTY CLERK: | Dorothy Kliem | TAPE/REPORTER: | FTR Network @ 4:12 p.m. |
| INTERPRETER: | _____ | PROBATION: | Mitchell Shivers |

## PROCEEDINGS

☐ Initial Appearance – min.   ☐ Initial Revocation Hearing – min.   ☐ Bond Hearing – min.
☐ Arraignment – min.   ☐ Initial Rule 5(c)(3) – min.   ☐ Bond Revocation Hearing – min.
☒ Detention Hearing – 48 min.   ☐ Preliminary Hearing – min.   ☐ In-Court Hearing – min.

☒ **Constitutional Rights Explained**

☐ Bond Revoked   ☐ Continued on present conditions   ☐ Release Order executed   ☒ Remanded to Custody

☒ **Detention ordered – Oral motion (ECF no. 3) GRANTED.**

**OTHER:** Defendant appears in person, in custody and with counsel Tom Bartee. The court, after hearing the testimony and the arguments of counsel, finds for the reasons stated on the record the Government's Motion for Detention is GRANTED and the Defendant is detained pending trial. Formal Order of Detention to follow. Defendant is remanded to the custody of the U.S. Marshal Service.

**WITNESS LIST:**

| Witness | On Behalf of | Time |
|---|---|---|
| Jeremy Berg | Government | 4:16-4:41 p.m. |